No. 92–241. CRAWFORD ET VIR v. LEAHY ET AL. Ct. App. Md. Certiorari denied.

No. 92–242. PODGURSKY v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 92–243. BREWER v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 92–244. PIEKARSKI v. HOME OWNERS SAVING BANK, F. S. B., ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–245. ANHEUSER-BUSCH, INC. v. L&L WINGS, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–246. SMA LIFE ASSURANCE CO. v. SANCHEZ PICA. C. A. 1st Cir. Certiorari denied.

No. 92–247. SIMS v. CITY OF SIDNEY. Ct. App. Ohio, Shelby County. Certiorari denied.

No. 92–248. MOZEE ET AL. v. AMERICAN COMMERCIAL MARINE SERVICE CO. C. A. 7th Cir. Certiorari denied.

No. 92–250. GRAY v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 92–251. MITCHELL v. VIRGINIA. Ct. App. Va. Certiorari denied.

No. 92–252. BLEDSOE v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 92–256. OOLEY ET AL. v. SCHWITZER DIVISION, HOUSEHOLD MANUFACTURING INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–257. CLARKE v. BUTCHER ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–258. CHENEVERT v. HESSE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.